**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GERSHON BARKANY,<br><br>        Debtor. | Case No. 8-14-72941-las<br><br>Chapter 7 |
| Barkany Asset Recovery & Management LLC,<br><br>        Plaintiff<br><br>versus:<br><br>Gershon Barkany<br><br>        Defendant. | Adversary Proceeding No. 8-15-08176-las |
| Cortland Realty Investments LLC, *et al.*,<br><br>        Plaintiffs<br><br>versus:<br><br>Gershon Barkany<br><br>        Defendant. | Adversary Proceeding No. 8-15-08178-las |

**ORDER APPROVING SETTLEMENT AND DISMISSAL**
**OF ADVERSARY PROCEEDINGS**

WHEREAS, Barkany Asset Recovery & Management, LLC and Cortland Realty Investments LLC, *et al.*, (collectively, "Plaintiffs") commenced the above captioned adversary proceedings (the "Adversaries") against Debtor Gershon Barkany ("Debtor") seeking judgments declaring that the debts owed by Debtor to Plaintiffs are non-dischargeable and the Debtor is denied a discharge; and

WHEREAS, Plaintiffs and Debtor have entered into Stipulations of Settlement (8-14-72941-las, D.I. 331; 8-15-08176-las, D.I. 17; and 8-15-08178-las; D.I. 16) in which Plaintiffs and Debtor agree that the debts owed by Debtor to Plaintiffs shall be deemed and adjudged to be non-dischargeable within the meaning of 11 U.S.C. § 523(a) and all claims in the Adversaries arising under § 727 shall be deemed and adjudged to be dismissed; and

WHEREAS, Plaintiffs have filed a Motion to Approve Settlement and Dismissal of Adversary Proceedings (the "Motion") in the above captioned bankruptcy case (the "Bankruptcy Case") and the Adversaries (8-14-7294, D.I. 318; 8-15-08176, D.I. 12; and 8-15-08178, D.I. 11) and have served notice of hearing (8-14-72941, D.I. 334; 8-15-08176, D.I. 18; and 8-15-08178, D.I. 17) on all parties in interest (see certificates of service: 08-14-72941, D.I.'s 335 and 336; 08-15-08176, D.I's. 19 and 20; and 08-15-08178, D.I.'s 18 and 19); and

WHEREAS, no opposition has been filed;

It is ORDERED, that the Stipulations of Settlement are approved, the debts owed by Debtor to Plaintiffs are adjudged to be non-dischargeable within the meaning of 11 U.S.C. § 523(a), and all claims in the Adversaries arising under § 727 are adjudged to be dismissed; and it is further

ORDERED, that the Clerk shall mark the Adversaries closed on the docket of this Court.



**Dated: August 12, 2016**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**